WILLIAM LYONS, *Appellant*, v. FANNIE LYONS, *Appellee*.

Division B.

Decision Filed April 21, 1926.

*Fee & Liddon* and *Angus Sumner*, for Appellant;

*Alto Adams*, for Appellee.

PER CURIAM.—It appearing by the record that the appellee named herein had died before this appeal was taken, it is considered and ordered that the appeal be and is dismissed at the cost of the appellant.

WHITFIELD, P. J., AND TERRELL AND BUFORD, J. J., concur.